IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMIRO LEON, JR.,

    Petitioner,               No. 2:12-cv-2559-JAM-KJN-P

    vs.

RON BARNES,

    Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 15, 2013, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed April 15, 2013, are adopted in full; and

2. Petitioner's motion to stay (ECF No. 9) is granted and the Clerk of Court shall administratively stay this case.

DATED: June 17, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE